UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BEVERLY R. KYZAR, ETAL.**             **CIVIL ACTION**

**VERSUS**             **NO: 05-5702**

**UNITED STATES OF AMERICA**             **SECTION: "K"(1)**

### ORDER

     L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Summary Judgment (Rec.Doc.No. 20) set for hearing on February 7, 2007, has been timely submitted.

     Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

     **IT IS ORDERED** that the motion is **GRANTED** and Defendant named herein is **DISMISSED WITH PREJUDICE**.

     New Orleans, Louisiana, on this __31st__ day of January, 2007.

                                                                 **STANWOOD R. DUVAL, JR.**
                                       **UNITED STATES DISTRICT COURT JUDGE**